# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER (AMENDED) FOR APPOINTMENT** |
| Plaintiff, ) | **OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | Case No.: 4:07-cr-002 |
| Clancey L. Lone Fight, ) | |
| ) | |
| Defendant. ) | |

___

Defendant has applied for court-appointed counsel in this matter. The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A. Accordingly, William Schmidt, Assistant Federal Public Defender for the District of North Dakota, is appointed to represent the Defendant in this matter.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2011

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge